

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

**CHRISTUS SPOHN HEALTH SYSTEM CORP**., d/b/a Christus Spohn Hospital Kleberg,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-0352114-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The trial court clerk filed a notification of late record stating that the appellant had failed to pay or make arrangements to pay the clerk's fee. On May 13, 2014, we ordered the appellant to provide written proof that the clerk's fee had been paid or that arrangements had been made to pay the clerk's fee. On May 23, 2014, the appellant's counsel filed a letter explaining that some confusion had arisen regarding the proper amount of the clerk's fee and that he expected the confusion to be resolved in the next two weeks. The clerk's record was filed on June 13, 2014. The reporter's record is due no later than **July 23, 2014**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court